**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901

## *TRANSMITTAL FORM*

*3/26/26*

*United States District Court*
*For the District of Puerto Rico*
*Federico Degetau Federal Building*
*150 Carlos Chardon Street*
*San Juan PR 00918−1767*

| | |
|---|---|
| Appellant: | The Phoenix Fund Advisor, LLC |
| Appellant (attorney): | Raul Gonzalez Toro |
| Appellee: | Office of the Commissioner of Financial Institutions; Driven PSC; The Phoenix Fund LLC |
| Appellee (attorney): | Luis C. Marini−Biaggi; Alexis Fuentes Hernndez |

Bankruptcy Case: In re: 26−00712

The following is being transmitted to your court:

- ☑ Notice of Appeal with Order and Election to US District Court (Docket #55)
- ☑ Order Appealed (Docket #33)
- ☐ Motion for Leave to Appeal (Docket #)
- ☐ Objection to Motion for Leave to Appeal (Docket #)
- ☐ Appellee Election to have appeal heard in District Court
- ☐ Other: (Docket #)

---

*Wilma Jaime,*
Clerk, U.S. Bankruptcy Court

By the Court,

/s/Dennis Rodriguez Rodriguez
Deputy Clerk